# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

Date of Arrest: November 12, 2016

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br><br>Jose Luis LOPEZ,<br>Defendant.<br><br>YOB: 1963<br>United States Citizen | Magistrate's Case No. 16-1910MJ<br><br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. §§ 841(a)(1) and<br>(b)(1)(A)(viii), Possession of a<br>Controlled Substance with Intent<br>to Distribute<br>Count One<br><br>21 U.S.C. §§ 952, 960(a)(1)(b)(1)<br>and(H) Importation of a Controlled<br>Substance<br>Count Two |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

## COUNT ONE

On or about November 12, 2016, at or near San Luis, Arizona, within the District of Arizona, defendant, Jose Luis LOPEZ, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers or salts of its isomers, a Schedule II Controlled Substance, into the U.S. from the Republic of Mexico, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

## COUNT TWO

On or about November 12, 2016, at or near San Luis, Arizona, within the District of Arizona, defendant, Jose Luis LOPEZ, did knowingly and intentionally import 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance, into the United States from the Republic of Mexico, in violation of Title 21, United States Code, Sections 952, 960(a)(1)(b)(1), and (H).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by: AUSA Louie Uhl

_____
LaToya Anderson
Special Agent - Homeland Security Investigations

Sworn to before me and subscribed in my presence, November 14, 2016, at Yuma, Arizona.

_____
James F. Metcalf
United States Magistrate Judge

US v. LOPEZ

UNITED STATES OF AMERICA
vs.
Jose Luis LOPEZ

**STATEMENT OF FACTS**

I, LaToya Anderson, being duly sworn, do state the following:

On November 12, 2016, at approximately 1130 hours, LOPEZ, Jose applied for admission into the United States from the Republic of Mexico at the Port of Entry in San Luis, Arizona. LOPEZ was the registered owner, driver and sole occupant of a 1998 Chevrolet Truck, black in color bearing Arizona license plate BWM6458 with Vehicle Identification Number 2GCEK19R8W1118155. LOPEZ's hand was shaking when he presented a US Passport Card bearing his biographical information and photograph. LOPEZ stated to officers that the purpose of his trip to Mexico was to visit family. Customs and Border Protection Officer (CBPO) noticed that LOPEZ was unfamiliar with the vehicle and the vehicle had very few crossings. LOPEZ gave officers a negative declaration.

While in secondary inspection, LOPEZ stated he was returning to his home in Yuma, Arizona. LOPEZ said that he bought the truck a couple weeks ago from a person in Yuma, Arizona, but he had to go to San Luis, Mexico to pick up the truck. A Human Narcotics Detection Dog (HNDD) alerted to the gas tank of the vehicle that LOPEZ was driving.

CBPO discovered a total of twenty-one (21) plastic wrapped packages concealed within the gas tank of the 1998 Chevrolet truck that LOPEZ was driving. The aggregate weight of the twenty-one (21) packages was (14.5 kgs.), or (32 Lbs.). A package was probed producing a crystal like substance which field-tested positive for the presence of methamphetamine.

During post *Miranda* interview, LOPEZ stated that he bought the vehicle a couple months ago, he referred to the date he registered the vehicle. LOPEZ stated he knows it's

US v. LOPEZ

illegal to smuggle drugs into the United States, and he did it out of necessity. According to LOPEZ he needed money because he is diabetic and can't work. LOPEZ said that he was supposed to cross the vehicle into the United States and drive it towards Phoenix, Arizona. They were going to call him on the clear talk cell phone that he was told to purchase. LOPEZ said that he did not know exactly how much he was going to be paid, but he knows it was going to be between 4 or 5 thousand dollars. LOPEZ claims he does not know the name or nickname of the men who loaded his car with drugs. He dropped the vehicle off at a store a couple days ago and picked the vehicle up a day ago.

In 2014, LOPEZ was caught trafficking drugs and he stated that he served 22 months incarceration.

Based on the foregoing, there is probable cause to believe that LOPEZ committed the offenses as alleged the Complaint.

_____
LaToya Anderson
Special Agent – Homeland Security Investigations

Sworn to before me and subscribed in my presence, November 14, 2016, at Yuma, Arizona.

_____
James F. Metcalf
United States Magistrate Judge

UNITED STATES OF AMERICA
Vs.

Jose Luis LOPEZ

**PROBABLE CAUSE STATEMENT**

I, LaToya Anderson, being duly sworn, do state the following:

On November 12, 2016, at approximately 1130 hours, LOPEZ, Jose applied for admission into the United States from the Republic of Mexico at the Port of Entry in San Luis, Arizona. LOPEZ was the registered owner, driver and sole occupant of a 1998 Chevrolet Truck, black in color bearing Arizona license plate BWM6458 with Vehicle Identification Number 2GCEK19R8W1118155. LOPEZ's hand was shaking when he presented a US Passport Card bearing his biographical information and photograph. LOPEZ stated to officers that the purpose of his trip to Mexico was to visit family. Customs and Border Protection Officer (CBPO) noticed that LOPEZ was unfamiliar with the vehicle and the vehicle had very few crossings. LOPEZ gave officers a negative declaration.

While in secondary inspection, LOPEZ stated he was returning to his home in Yuma, Arizona. LOPEZ said that he bought the truck a couple weeks ago from a person in Yuma, Arizona, but he had to go to San Luis, Mexico to pick up the truck. A Human Narcotics Detection Dog (HNDD) alerted to the gas tank of the vehicle that LOPEZ was driving.

CBPO discovered a total of twenty-one (21) plastic wrapped packages concealed within the gas tank of the 1998 Chevrolet truck that LOPEZ was driving. The aggregate weight of the twenty-one (21) packages was (14.5 kgs.), or (32 Lbs.). A package was probed producing a crystal like substance which field-tested positive for the presence of methamphetamine.

During post *Miranda* interview, LOPEZ stated that he bought the vehicle a couple months ago, he referred to the date he registered the vehicle. LOPEZ stated he knows it's illegal to smuggle drugs into the United States, and he did it out of necessity. According to LOPEZ he needed money because he is diabetic and can't work. LOPEZ said that he was supposed to cross the vehicle into the United States and drive it towards Phoenix, Arizona. They were going to call him on the clear talk cell phone that he was told to purchase. LOPEZ said that he did not know exactly how much he was going to be paid, but he knows it was going to be between 4 or 5 thousand dollars. LOPEZ claims he does not know the name or nickname of the men who loaded his car with drugs. He

dropped the vehicle off at a store a couple days ago and picked the vehicle up a day ago.

In 2014, LOPEZ was caught trafficking drugs and he stated that he served 22 months incarceration.

Based on the foregoing, there is probable cause to believe that LOPEZ committed the offenses as alleged the Complaint.

Executed on: Date 11/13/2016 Time:          hrs.

Signed: _____
LaToya S. Anderson
Special Agent/ HSI

**Finding of Probable Cause**

On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of two pages, I find probable cause to believe that the defendant named therein committed the offenses on the date 11/12/2016, in violation of Title 21, United States Code Sections 841, and Sections 952 and 960.

Finding Made on: Date  11/13/2016

Time  1000 hrs

Signed: _____
James F. Metcalf
United States Magistrate Judge